UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-W5,<br><br>                          Plaintiff,<br><br>         -against-<br><br>HUGO BANCES, et al.,<br><br>                          Defendants. | **ORDER**<br><br>25-CV-01690 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On August 5, 2025, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-W5 ("Plaintiff") filed Rule 26 Disclosures (Doc. 66). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the Rule 26 disclosures docketed on August 5, 2025 (Doc. 66) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
       August 6, 2025

_____
Philip M. Halpern
United States District Judge