UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W5,

                    Plaintiff,

          -against-

BANCES, et al.,

                    Defendants.

**ORDER**

25-CV-01690 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on April 13, 2026. (Doc. 77). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on May 13, 2026. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on May 13, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to June 22, 2026 and directs that all of the materials required under Rules 6(A), 6(B), and 6(D) shall be submitted by June 22, 2026. Additionally, the Court adjourns the case management conference scheduled for June 15, 2026, *sine die*.

Dated:  White Plains, New York
        May 20, 2026

_____
Philip M. Halpern
United States District Judge