USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2026

5UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**Deutsche Bank National Trust Company,**
**As Trustee for Argent Securities Inc.,**
**Aset-Backed Pass-Through Certificates,**
**Series 2206-W5**

Plaintiffs,

-against-

**Bances, et al.,**

Defendant.

---------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:25-cv-1690-PMH***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **July 30. 2026 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the status of settlement discussions and scheduling a settlement conference

**SO ORDERED.**

DATED: White Plains, New York
July 16, 2026

Victoria Reznik

VICTORIA REZNIK
United States Magistrate Judge